## Commonwealth ex rel. McMorris, Appellant, v. Maroney.

Submitted November 9, 1964. *Cambridge L. McMorris,* appellant, in propria persona; *John K. Best,* First Assistant District Attorney, and *Richard E. McCormick,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Macklin, Appellant, v. Maroney.

Submitted November 9, 1964. *Kenneth Macklin,* appellant, in propria persona; *Louis Abromson,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Miller, Appellant, v. Cavell.

Submitted November 9, 1964. *Richard D. Miller,* appellant, in propria persona; *William A. Peiffer,* Assistant District Attorney, and *Edward H. Carney,* District Attorney, for appellee.

Order affirmed.